# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21-cr-00626 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JATAVION D. POWELL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on August 6, 2025[1]. The Court referred this matter to Magistrate Judge Rueben Sheperd to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Sheperd reported that a supervised release violation hearing was held on September 4, 2025. The defendant admitted to the following violations:

2. Violation 2: New Law Violation; [2]
3. Violation 3: Alcohol Consumption; and
4. Violation 4: Use of Illicit Substance. [3]

The magistrate judge filed a report and recommendation on September 4, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 2, 3, and 4.

---

[1] Supplemental violation reports were filed on June 20, 2025, July 14, 2025, August 6, 2025, September 9, 2025, and September 16, 2025.

[2] The government dismissed violation 1.

[3] The government amended violation 4.

A final supervised release violation hearing was conducted on September 19, 2025. Present were the following: Assistant United States Attorney Toni Schnellinger, representing the United States; Federal Public Defender Carolyn Kucharski, representing the defendant; the defendant Jatavion D. Powell and United States Probation Officer Camil Croft.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 2, 3, and 4.

IT IS ORDERED that the sentencing is continued until December 10, 2025, at 11:00 a.m., to give the defendant an opportunity to demonstrate that he can remain in compliance of his supervised release conditions. The U.S. Probation Officer is directed to advise the Court if any additional violations occur, which will likely result in the sentencing hearing being accelerated.

Additionally, by agreement of the parties, IT IS FURTHER ORDERED that the defendant's supervised release is modified to include the following additional conditions:

**Cognitive Behavioral Therapy**: You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**IT IS SO ORDERED**.

Dated: September 19, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**